UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| MAURICE PRISSERT and CLAUDE PRISSERT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>EMCORE CORPORATION, et al.,<br><br>        Defendants. | No. 08-CV-1190 MV/KBM<br><br>(Consolidated with<br>No. 09-CV-133 JCH/RLP)<br><br><u>CLASS ACTION</u> |

## JUDGMENT

Having granted, by separate Memorandum Opinion and Order entered on September 28, 2012, Defendants' Motion to Dismiss Plaintiffs' First Corrected Consolidated, Amended Complaint, and having denied, by separate Memorandum Opinion and Order entered concurrently herewith, Defendants' Motion for Rule 11 Sanctions,

    **IT IS ORDERED** that this action is hereby **DISMISSED**.

DATED this 7th day of November, 2012.

_____
MARTHA VÁZQUEZ
United States District Court Judge